## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTENT BRANDS INC., a Delaware Corporation, (formerly and originally established as an Arizona Limited Liability Company),<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALNUTRI, INC., a California Corporation; COMMON COLLABS, LLC, a California Limited Liability Company; WILDPACK BEVERAGE, a Canadian Company; and DOES 1 to 50, inclusive;<br>　　　　　　Defendants. | Case No. 2:24- cv-02499-TLN-CKD<br><br>**STIPULATION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Assigned to the Hon. Troy L. Nunley |

**TO THE HONORABLE COURT:**

Plaintiff INTENT BRANDS, INC. ("Plaintiff") and Defendants CALNUTRI, INC. ("CalNutri") and WILDPACK BEVERAGE INC. ("Wildpack") (hereafter CalNutri and Wildpack shall collectively be referred to as "Defendants"), have stipulated that Plaintiff may file a Second Amended Complaint by October 28, 2024

and that Defendants shall file a response by November 12, 2024. Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation permitting Plaintiff to file a Second Amended Complaint is hereby **GRANTED**.

Plaintiff may file a Second Amended Complaint by October 28, 2024 and Defendants shall file a response by November 12, 2024.

**IT IS SO ORDERED.**

Date: October 15, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE