1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTENT BRANDS INC., a Delaware Corporation, (formerly and originally established as an Arizona Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>CALNUTRI, INC., a California Corporation; COMMON COLLABS, LLC, a California Limited Liability Company; WILDPACK BEVERAGE, a Canadian Company; and DOES 1 to 50, inclusive;<br><br>Defendants. | **Case No.:** 2:24-cv-02499-TLN-CKD<br><br>**STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANT COMMON COLLABS**<br><br>Assigned to the Hon. Troy L. Nunley |

**TO THE HONORABLE COURT:**

Plaintiff Intent Brands, Inc. ("Plaintiff") and Defendant Common Collabs, LLC ("Defendant") have stipulated that Default against Defendant be set aside and that Defendant shall file its responsive pleading to the Second Amended Complaint

1

ORDER RE STIPULATION TO SET ASIDE DEFAULT

on or before December 27, 2024. Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation to Set Aside Default against Defendant Common Collabs is hereby **GRANTED**.

Defendant Common Collabs may file its responsive pleading to the Second Amended Complaint on or before December 27, 2024.

**IT IS SO ORDERED.**

DATED: December 5, 2024

_____
Troy L. Nunley
Chief United States District Judge