Amanda M. Rokita (SBN 314716)
**ROKITA LAW, P.C.**
9171 Wilshire Blvd Suite 500
Beverly Hills, CA 90210
PH: (888) 765-4825
FAX: (424) 253-3141
AR@ROKITALAW.COM

Attorney for PLAINTIFF, INTENT BRANDS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

INTENT BRANDS INC., a Delaware Corporation, (formerly and originally established as an Arizona Limited Liability Company),

PLAINTIFF,

vs.

CALNUTRI, INC. a California Corporation; COMMON COLLABS, LLC, a California Limited Liability Company; WILDPACK BEVERAGE, a Canadian Company; and DOES 1 to 50, inclusive;

DEFENDANTS.

**Case Number: 2:24-cv-02499-TLN-CKD**

*Unlimited Civil*

**ORDER EXTENDING PLAINTIFF'S DEADLINE TO FILE MOTION TO STRIKE DEFENDANT COMMON COLLABS, LLC.'S ANSWER**

The Court has reviewed the Parties' Stipulation to extend Plaintiff's deadline to file a Motion to Strike Defendant Common Collabs, LLC's Answer. Good cause appearing, and pursuant to the Parties' agreement:

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file any Motion to Strike directed to Defendant Common Collabs, LLC's Answer is **extended to October 22, 2026**.

This Order does not alter any other deadlines in this matter.

**IT IS SO ORDERED.**

DATED: October 9, 2026

Troy L. Nunley
Chief United States District Judge